AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

United States of America
v.
Anthony Jones

*Defendant*

Case No. 2:23-cr-70-GZS

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
2023 JUL 12 P 2:44
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Anthony Jones,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: FALSE STATEMENT DURING ACQUISITION OF A FIREARM, 18:922(a)(6) and 924(a)(2)

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____ Deputy Clerk

Date: 07/12/2023

_____
*Issuing officer's signature*

City and state: Portland, ME

Lindsey Tully, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*